IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEATRADE GROUP N.V., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-05-2771 |
| § | |
| 6,785.5 METRIC TONS OF CEMENT, § | |
| *in rem*, AND ROYAL WHITE § | |
| CEMENT INC., *in personam*, § | |
| § | |
| Defendants. § | |

**ORDER**

Emar Shipping has moved for reconsideration of the order granting Royal White's motion for countersecurity. Emar Shipping, which is headquartered in Beirut, Lebanon, bases its motion on the effect of the recent conflict between Israel and Lebanon on its financial ability to pay the countersecurity. This court grants the motion to the extent of staying the order to post countersecurity. No later than 60 days from August 14, 2006, Emar must file proof of its inability to post countersecurity. Royal White will have 30 days to file a response. This case is reinstated to the active docket of this court until the countersecurity issue is resolved.

SIGNED on August 14, 2006, at Houston, Texas.

                                            _____
                                                    Lee H. Rosenthal
                                              United States District Judge